ORIGINAL

FILED
SEP 5 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**NOTICE OF DIRECTLY-RELATED CASES**

THOMAS F. ABERNETHY, JR. and
BRENDA N. ABERNETHY, *et al.*,

*Plaintiffs*,

-vs-

No. 07-651 L

THE UNITED STATES OF AMERICA,

*Defendant*.

**NOTICE OF DIRECTLY-RELATED CASES**

Pursuant to RCFC 40.2 , Plaintiffs hereby give notice of one or more directly-related cases.

1. The title(s) and case number(s) of the directly-related case(s) is:

*Testwuide v. United States*, Docket No. 01-201L;
*Burlage v. United States*, Docket No. 04-120L;
*Adams v. United States*, Docket No. 04-279L;
*Anderson v. United States*, Docket No. 04-333L;
*Beagle v. United States*, Docket No. 04-1176L;
*Aralar v. United States*, Docket No. 04-1280L;
*Whitley v. United States*, Docket No. 04-1331L;
*Price v. United States*, Docket No. 04-1718L; and
*Mack v. United States*, Docket No. 05-628L

2. These cases are related under subdivision (a)(1)(B) of RCFC 40.2 in that they involve the same operations of Navy jet aircraft at NAS Oceana and NALF Fentress in Virginia Beach and Chesapeake, Virginia. These cases also involve the same noise

contours established by the Navy under the Air Installations Compatible Use Zones for land areas surrounding these air facilities. All claims involve a taking of avigation easements by air operations affecting the Plaintiffs' properties.

3. Assignment of these actions, and any subsequent actions that may be filed involving the same claims from aircraft operations in the vicinity of these air facilities to a single judge is likely to conserve judicial resources and promote an efficient determination of these actions. The preceding actions have been assigned to Judge Victor J. Wolski.

Respectfully submitted,

Date Signed: 9/4/07

Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
102 West Pennsylvania Avenue
Suite 402
Towson, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com

Attorney of Record for Plaintiffs
pursuant to Rule 81(f)

Of Counsel:

Kieron F. Quinn
Richard S. Gordon
Quinn, Gordon & Wolf, Chtd.
102 West Pennsylvania Avenue
Suite 402
Towson, Maryland 21204
(410) 825-2300
kquinn@quinnlaw.com
rgordon@quinnlaw.com

Kristen D. Hofheimer
Jack E. Ferrebee
Charles R. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road
Suite 12B
Virginia Beach, Virginia 23451
(757) 425-5200
khofheimer@hoflaw.com
jferrebee@hoflaw.com
chofheimer@hoflaw.com

Thomas Shuttleworth
Stephen C. Swain
Charles Lustig
Shuttleworth, Ruloff, Swain, Haddad & Morecock, P.C.
4525 South Boulevard
Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
tshuttleworth@srgslaw.com
scswain@srgslaw.com
clustig@srgslaw.com

**CERTIFICATE OF SERVICE UPN COUNSEL**
**IN DIRECTLY-RELATED CASES**

I HEREBY CERTIFY that a copy of the foregoing Notice of Directly Related Cases was served this 4 day of September, 2007, by first-class mail, postage prepaid, on:

Steven D. Bryant, Esq.
General Litigation Section
Environmental and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663

counsel of record in the directly-related cases.

Martin E. Wolf