# ATTENTION RESIDENTIAL PROPERTY OWNERS
# YOUR PROPERTY IS IN ONE OF THE HIGHEST NOISE ZONES SURROUNDING OCEANA NAVAL AIR STATION ACCORDING TO OUR INFORMATION

In April 2001, a lawsuit was filed in the Court of Federal Claims in Washington, D.C. on behalf of certain property owners in Virginia Beach and Chesapeake who have been adversely affected by jet noise. Your property is NOT covered by the lawsuit or the two subsequent suits we have filed.

The lawsuits arise from the dramatic increase in jet aircraft noise brought about by the arrival of 156 F/A-18 jet aircraft squadrons in 1998.

According to government documents, your property was not heavily affected by jet noise in 1997. With the arrival of the F/A-18 aircraft, the government's published noise map placed your property in a higher noise zone. The decibels reflected in the noise map are based upon a twenty-four hour average. As the Navy has openly acknowledged, single noise events are substantially higher. Although the government anticipated that these claims would be made when it decided to move F/A-18 aircraft here, it declined to consider purchasing easements from private property owners.

Under the Constitution of the United States, the government is required to pay fair compensation to private property owners for taking private property for public use. The suits we have filed ask the court to compensate property owners in your circumstances as a consequence of the diminished use and enjoyment of affected properties. In previous claims involving aircraft noise, courts have held that government aircraft have acquired an easement over a claimant's property for which the claimant is entitled to compensation.

If you owned your property on or before July 1, 1998, you may qualify for compensation. Claims of this kind must be filed within six years. Although we are not presently in a position to say precisely when further claims will be barred by the statute of limitations, it is prudent to file all claims within a very short time.

If you wish to become a plaintiff in a lawsuit requesting compensation for the government's use of your property, please fill out the attached questionnaire, endorse the retainer agreement and return it to the address below or fax it to 757-425-6100. If you have further questions or concerns please visit our website at www.jetnoiselawsuit.com or contact us at 757-498-2440.

**Jet Noise Litigation Group**
**1060 Laskin Road, Suite 12B, Virginia Beach, Virginia 23451**
direct line 757-333-8110 / facsimile 757-425-6100

185132 SHU 1 101-01 Ad 4/11/01 4:29 PM Page

*Attention Property Owners.*

# Victims of excessive jet noise may be eligible for damages from the federal government.




Jet noise contours before the arrival of 156 F/A-18s.



If you think jet noise in Virginia Beach and Chesapeake is worse, you're right. Base consoli-dations have added more aircraft to local facilities. The 156 F/A-18 aircraft which arrived since 1998 has created significantly higher noise levels. Flight patterns of newer aircraft have expanded the number of affected residents to tens of thousands.

## A Decline in Property Values And Quality Of Life.

While residents have grown accustomed to some jet noise, today's levels are so much higher that daily life has been adversely affected. Few property owners antici-pated such a radical change in noise and the

everything from sleep patterns to simple conversation. And it's affecting the value of your property. You have a right to be upset.

## Join Your Neighbors In Demanding Compensation.

You may feel hesitant to take action due to the close relationship between the U.S. Navy and the community. But documents show that the govern-ment took a calculated risk when they moved the jets here, knowing they may have to compensate property owners. It was a pure and simple business decision.

**Call Or Visit Our Website Now If You Live In Or Near These Zip Codes.**

23322
23451
23452
23454
23456

In some cases, local residents were paid substantial compensa

## You Must Take Action Now To Protect Your Rig To Future Compensation.

Hundreds of people, r former and retired mil have already registere be a part of this actio seeking compensatior you are in th affected area should call n to participate any future settlement. O of the most experienced l teams in the nation has be assembled to represent you a thousands of other pro

OCE228591

*Attention Property Owners.*



# Victims of excessive jet noise may be eligible for damages from the federal government.

# A Decline in Property Values And Quality Of Life.

If you think jet noise in Virginia Beach and Chesapeake is worse, you're right. Base consolidations have added more aircraft to local facilities. The 156 F/A-18 aircraft which arrived since 1998 have created significantly higher noise levels. Flight patterns of newer aircraft have expanded the number of affected residents to tens of thousands.



While residents have grown accustomed to some jet noise, today's levels are so much higher that daily life has been adversely affected. Few property owners anticipated such a radical change in noise and the resulting discomfort and damage. It's affecting everything from sleep patterns to simple conversation. And it's affecting the value of your property. You have a right to be upset.

## Jet noise contours before the arrival of 156 F/A-18s.




## Jet noise contours after the arrival of 156 F/A-18s.



## Join Your Neighbors In Demanding Compensation.

You may feel hesitant to take action due to the close relationship between the U.S. Navy and the community. But documents show that the government took a calculated risk when they moved the jets here, knowing they may have to compensate property owners. It was a pure and simple business decision. It's happened in other communities too. In some cases, local residents were paid substantial compensation.

---

Hundreds of people, many former and retired military families, have already registered to be a part of this action seeking compensation. If you are in the affected area, you should call now to participate in any future settlement. One of the most experienced legal teams in the nation has been assembled to represent you and the thousands of other victims.

**Call Or Visit Our Website Now If You Live In Or Near These Zip Codes.**

23322
23451
23452
23454
23456

# You Must Take Action Now To Protect Your Right To Future Compensation.

Jet Noise Litigation Group

4525 South Blvd., Suite 300 • Virginia Beach, VA 23452 • Phone: 456-9999 • www.jetnoiselawsuit.com

John Q Sample
123 Anywhere Street
Virginia Beach, VA 23451

Dear John Q Sample:

I'm Tom Shuttleworth, an attorney and resident of Virginia Beach. I am also part of a legal team known as the Jet Noise Litigation Group, which represents residents in a lawsuit against the federal government to recover damages to their property values as the result of excessive jet noise.

The impact of the jet noise on many residents' quality of life has been apparent for some time. Many families have cut back on outdoor activities during peak takeoff and landing periods. Sleep patterns have been interrupted, especially among infants and the elderly. In many homes, normal conversation isn't always possible.

The excessive jet noise is also having a negative impact on property values. With the advent of more powerful and louder aircraft, new buyers are rejecting homes in the high noise zones, preferring locations where jet noise is not a problem. You can imagine the possible impact of those home buying decisions on home prices.

In recent months, hundreds of property owners have approached us for help, including many former and retired military families. We are quickly moving forward with plans to represent them to demand compensation from the federal government for their diminution in property value. In cases like this, there is great strength in numbers. This is not the first case of this type, and homeowners in other parts of the country have been awarded substantial compensation from the government.

The key is to take action now. We have provided a number of ways for you to become a plaintiff in the action. We have established a website at www.jetnoiselawsuit.com where property owners can find more information and register online. You can also call us at 456-9999.

We expect this action to move very quickly in the next few weeks. I must emphasize once again the importance of registering now to protect your rights to any future compensation. Your family's lifestyle and your property values may be at stake.

Cordially,

Tom Shuttleworth

Thomas Shuttleworth