# Survey 3/99

On this page:

- CCAJN' Survey
- Are You Aware That:
- The Plan

## CCAJN's SURVEY & PLAN TO:

### 'HOLD RESPONSIBLE OFFICIALS ACCOUNTABLE'

**____I support filing an Inverse Condemnation lawsuit against the US Navy that seeks monetary compensation for the depression in value of my property, for my cost to reduce intrusive noise in my home or business, and for the negative impact on my Quality of Life as a consequence of increased aircraft operations associated with NAS Oceana.**

**____I a support a ballot initiative (referendum) that seeks annual rebates to individual taxpayers on 'paid' personal property taxes associated with residential and business real estate located within the high noise and crash zones.**

**____ I am willing to volunteer some time and effort to help pursue these objectives.**

NAME:______________________________ PHONE:____________________

E-MAIL:______________________

***CCAJN SEEKS TO PRESERVE and ENHANCE COMMUNITY QUALITY OF LIFE BY WORKING CONSTRUCTIVELY TO REDUCE THE ADVERSE ENVIRONMENTAL, SAFETY, and ECONOMIC IMPACTS ASSOCIATED WITH MILITARY AIRCRAFT OPERATIONS.***

Name:________________________

Address:______________________

City:_________________________

CITIZENS CONCERNED ABOUT JET NOISE

**2004 BRICKELL COURT**

**VIRGINIA BEACH, VA 23454**

# ATTENTION HOMEOWNERS AND BUSINESSES!!!!

## *Are you aware that:*

- **You and your family are living in a high noise or crash zone ???**
- **Jet noise will increase up to fourfold in your subdivision by the end of 1999?**
- **Residents will ultimately have to foot the more than $1.6 *BILLION* bill (US Navy estimate) to sound proof homes, businesses, schools, churches, and other public facilities?**
- The Navy has not revealed the safety implications of conducting increased aircraft operations, including air show practices, over your neighborhoods and schools?
- Your property value will be adversely affected? Homes will be harder to sell?
- **Children are attending schools, public and private, that do not meet interior noise level standards even today? Hundreds of classes are, in fact, held in noise-sensitive trailers?**
- Your Quality of Life will diminish? Working and playing outside will be unbearable?
- In addition to the 156 F/A-18's arriving from Florida, the US Navy is *ALSO* planning to replace 147 existing F-14 aircraft with aircraft that are 2-4 times louder?
- You may eventually become a prisoner in your own home?

**CITIZENS CONCERNED ABOUT JET NOISE (CCAJN)**

# *The PLAN*

The US Navy, with the unquestioning cooperation of your elected officials, has deliberately circumvented the National Environmental Policy Act by concealing the full impact of relocating 156 F/A-18 aircraft to NAS Oceana. CCAJN is seeking, through the federal court, to require the US Navy to delay the movement of the aircraft until it has made a full, credible, and official public declaration of these impacts. A federal district court decision is expected shortly. CCAJN is also preparing to take additional steps that will hold the US Navy and our elected officials accountable for deliberately undermining our safety and quality of life, to provide compensation to those most severely impacted, and to support future noise mitigation efforts:

- **File a class action 'Inverse Condemnation' lawsuit against the US Navy.** Existing law and the US Constitution prohibits the US Government from **'taking'** something of value from its citizenry without providing reasonable compensation. An inverse condemnation lawsuit would assert that the US Navy has violated this principle by **'taking'** property value from residents living within areas most affected by jet-aircraft operations, and that these operations impose safety and health risks to which residents would not otherwise be exposed. The fact that the US Navy is on record as acknowledging a "significant impact" to areas of Virginia Beach and Chesapeake exposed to additional aircraft operations, and estimated substantial costs to mitigate these impacts provide a foundation for such a lawsuit. Ample precedent exists. The courts, in a number of cases, have required the Department of Defense to pay substantial monetary awards to individual taxpayers because of military aircraft operations that constitute a **'taking'**. (NOTE: Legal expenses are

typically a percentage of the judgment award and not 'out of pocket'.)

- **Seek property-tax relief through a ballot referendum.** Such a referendum would seek an *'annual' rebate to individual taxpayers on 'paid' property taxes.* The percentage rebate would depend on the noise zone in which a residence or business is located, or if the home or business is within an Accident Potential Zone.

[ Up ]

**Send mail to ccajn@juno.com with questions or comments about this web site.**
**Last modified: April 13, 1999 This is a 'FrontPage98' design.**