**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THOMAS F. ABERNETHY., et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **No. 07-651L** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS COMPLAINT**

Plaintiffs, by and through their undersigned counsel, pursuant to RCFC 6(b), hereby move for an enlargement of time of fifteen (15) days from the current deadline, to and including Friday, January 4, 2008, in which to respond to Defendant's Motion to Dismiss the Complaint. The response is currently due on Thursday, December 20, 2007. This is Plaintiffs' first request for an extension of time.

This enlargement of time is necessary due to travel and vacation schedules during the Holiday period. Counsel for Defendant does not oppose granting of this motion for an enlargement of time.

Wherefore, Plaintiffs request that the court enlarge the time in which to respond to Defendant's Motion to Dismiss to and including Friday, January 4, 2008.

Dated: December 5, 2007

Respectfully submitted,

/s/ Martin E. Wolf
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
102 West Pennsylvania Avenue
Suite 402
Towson, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com

Attorney of Record for Plaintiffs
pursuant to Rule 81(f)

Of Counsel:

Kieron F. Quinn
Richard S. Gordon
Quinn, Gordon & Wolf, Chtd.
102 West Pennsylvania Avenue
Suite 402
Towson, Maryland 21204
(410) 825-2300
kfquinn@quinnlaw.com
rgordon@quinnlaw.com

Kristen D. Hofheimer
Jack E. Ferrebee
Charles R. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road
Suite 12B
Virginia Beach, Virginia 23451
(757) 425-5200
khofheimer@hoflaw.com
jferrebee@hoflaw.com
chofheimer@hoflaw.com

Thomas Shuttleworth
Stephen C. Swain
Charles Lustig
Shuttleworth, Ruloff, Swain, Haddad & Morecock, P.C.
4525 South Boulevard
Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
tshuttleworth@srgslaw.com
scswain@srgslaw.com
clustig@srgslaw.com