# In the United States Court of Federal Claims

No. 07-651L
(Filed December 6, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *

**THOMAS F. ABERNETHY, JR. et al.,**
Plaintiffs,

v.

**THE UNITED STATES**,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the plaintiffs' unopposed motion for an enlargement of time in which to respond to defendant's motion to dismiss. The motion is **GRANTED**. The plaintiffs shall respond to the motion on or by **January 4, 2008**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge