# In the United States Court of Federal Claims

No. 07-651L
(Filed January 7, 2008)

* * * * * * * * * * * * * * * * * * * * * * *

**THOMAS F. ABERNETHY, JR. et al.**,
Plaintiffs,

v.

**THE UNITED STATES**,
Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has reviewed the plaintiffs' motion for leave to file, by hard copy or CD ROM, Exhibits 3.1 to 3.28 to their Memorandum of Law in Opposition to Defendant's Motion to Dismiss. The motion is **GRANTED**. The plaintiffs shall submit these exhibits to the Clerk's office for filing on or by Tuesday, **January 8, 2008**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge