**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THOMAS F. ABERNETHY, et al.,** | ) | |
| | ) | **No. 07-651L** |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Honorable Victor J. Wolski** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION FOR AN**
**ENLARGEMENT OF TIME IN WHICH TO FILE REPLY**

Defendant, United States, hereby moves pursuant to RCFC 6(b) for an enlargement of time of seven (7) days from the current deadline, to and including Friday, January 25, 2008, in which to file its Reply in support of Defendant's Motion to Dismiss, or, Alternatively, for Summary Judgment. The Reply is currently due on Friday, January 18, 2008. This is Defendant's first request for an enlargement. This enlargement of time is necessary, because additional time is necessary to coordinate the Reply within the Department of Justice and with agency counsel. Counsel for plaintiff does not oppose granting of this motion for an enlargement of time. Accordingly, defendant respectfully moves for an enlargement of time of seven (7) days from the current deadline, to and including Friday, January 25, 2008, in which to file its Reply.

Dated: January 10, 2008

Respectfully submitted,

Ronald J. Tenpas
Environment & Natural Resources Division
Assistant Attorney General

s/ Steven D. Bryant
Steven D. Bryant
Attorney of Record
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424 (phone)
(202) 305-0506 (fax)
steven.bryant@usdoj.gov