# In the United States Court of Federal Claims

**No. 07-650 L**
**Filed: January 8, 2008**

**ASKINS**
**Plaintiff**

**v.**

**THE UNITED STATES**
**Defendant**

**Exhibits 3.1-3.28**
**(filed in CD- ROM format)**

The above document has been filed in the Clerk's Office in hard copy and is not available electronically. To view this document, please contact the Clerk's Office at (202) 357-6406 between the hours of 8:45 am and 5:15 pm Eastern time.