# In the United States Court of Federal Claims

No. 07-651L
(Filed January 28, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
*
**THOMAS F. ABERNETHY, JR. et al.,** *
Plaintiffs, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Oral argument on defendant's motion to dismiss, or alternatively, for summary judgment, will be held Thursday, **March 13, 2008**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, D.C. The hearing will begin at 2:00 p.m.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge